# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JUSTIN WAYNE KELLEY,** | * | **CASE NO: 20-11286** |
| | * | |
| **DEBTOR,** | * | **CHAPTER 7** |

## MOTION TO REOPEN

COMES NOW, the debtor, by and through the undersigned attorney, and moves this Honorable Court to reopen the instant Chapter 7 case for the following reasons:

1. On October 16, 2020, the debtor filed for Chapter 7 bankruptcy relief.

2. On February 4, 2021, this Honorable Court entered its order discharging Debtor and closing the Bankruptcy case.

3. The debtor has become aware of a judgment lien impairing his property that was previously unknown.

4. The debtor requests that his Chapter 7 bankruptcy case be reopened pursuant to 11 U.S.C. §350, to allow debtor to file the attached Motion to Avoid the Judicial Lien, attached hereto as Exhibit "1".

WHEREFORE, the debtor respectfully requests this Honorable Court reopen the debtors' instant Chapter 7 case and for all other relief deemed just and appropriate.

Respectfully submitted this 17th day of July, 2024.

BROCK & STOUT
/s/ Brant Swartz
Brant Swartz {SWA027}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167 (334) 393-4357
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the foregoing Motion to Reopen the Chapter 7 case was served upon all creditors and parties in interest as follows:

**by CM/ECF:**
Sabrina L. McKinney, Chapter 13 Trustee
Danielle K. Greco, Bankruptcy Administrator

**By First Class Mail, postage prepaid:**

**ALL CREDITORS – See attached Credit Matrix**

**Other:**


Dated: 7/17/2024

                                                /s/ Brant Swartz
                                                Brant Swartz {SWA027}
                                                Attorney for Debtor