Label Matrix for local noticing
1127-1
Case 20-11286
Middle District of Alabama
Dothan
Wed Jul 17 13:50:07 CDT 2024

Midtown Finance, Inc., as assignee of Midtow
c/o Mac Borland, Jr., Esq.
PO Drawer A
Pinckard, AL 36371-0215

U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104-4018

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104-4018

Bay Medical Physician Group
23040 Panama City Beach Parkway
Panama City, FL 32413-1107

Bay Radiology Associates
527 N Palo Alto Avenue
Panama City, FL 32401-3698

Bubba Hill Auto Plaza
3302 W 23rd Street
Panama City, FL 32405-1832

Cathedral Peak Emerg Phys, LLC
PO Box 80147
Philadelphia, PA 19101-1147

Collection Bureau Ft Walton
711 Eglin Parkway East
Fort Walton Beach, FL 32547-2527

Comcast
PO Box 34744
Seattle, WA 98124-1744

Commonwealth Finance
245 Main St.
Scranton, PA 18519-1641

Commonwealth Financial Systems
245 Main Street
Scranton, PA 18519-1641

Convergent Outsourcing, Inc.
800 Southwest 39th Street
Renton, WA 98057-4927

Credit Management
6080 Tennyson Pkwy Ste 100
Plano, TX 75024-6002

Debt Recovery Solutions
900 Merchants Consourse
Suite LL-11
Westbury, NY 11590-5121

Dr. Amir Manzoor
237 E Baldwin Road #103
Panama City, FL 32405-4463

Emerald Coast Collection
PO Box 888
Chipley, FL 32428-0888

Emerald Waters Inpatient Services
449 W 23rd Street
Panama City, FL 32405-4507

Eye Center of North Florida
10900 Hutchinson Blvd
Panama City Beach, FL 32407-3712

Flowers Hospital
PO Box 6907
Dothan, AL 36302-6907

Forest Recovery Services
117 S Cook St #167
Barrington, IL 60010-4311

Gulf Coast Dermatology
215 Harrison Avenue
Panama City, FL 32401-2727

Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL 33614-2415

Innovations Federal Credit Union
P.O. Box 15529
Panama City, FL 32406-5529

Knowlogy DBA WOW
2660 Montgomery Hwy
Dothan, AL 36303-2618

Life Management Center
4094 Lafayette Street
Marianna, FL 32446-5648

Medical Data Systems
d/b/a Medical Revenue Service
1374 S Babcock Street
Melbourne, FL 32901-3009

Midtown Motors
PO Box 777
Midland City, AL 36350-0777

One Main Financial
100 International Drive
15th Floor
Baltimore, MD 21202-4784

(p)PARAMOUNT RECOVERY SYSTEMS
ATTN SUSAN SANCHEZ
7524 BOSQUE BLVD SUITE L
WACO TX 76712-3772

Radius Global Solutions
7831 Glenroy Rd Ste 250-A
Minneapolis, MN 55439-3117

Scott E Hupp
505 Mohawk Ave
Dothan, AL 36301-2221

Sheridan Emergency Physicians Services,
PO Box 848508
Pembroke Pines, FL 33084-0508

W.S. Badcock Corp
200 NPHOSPHSATE BV
Mulberry, FL 33860-2328

Justin Wayne Kelley
505 Mohawk Ave
Dothan, AL 36301-2221

Michael Brock
Brock & Stout, LLC
P.O. Drawer 311167
Enterprise, AL 36331-1167

William C. Carn III
William C. Carn, III Trustee
P.O. Box 727
Scottsboro, AL 35768-0727

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Paramount Recovery System
7524 Bosque Blvd. Suite L
Waco, TX 76712

End of Label Matrix
Mailable recipients      36
Bypassed recipients       0
Total                    36