**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                                  Case No. 20−11286
                                                                                                       Chapter 7

Justin Wayne Kelley ,

       Debtor.

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on August 8, 2024 at 01:30 PM to consider and act upon the following:

*24* – Motion to Reopen Chapter 7 Case. Fee Amount $260 filed by Brant Swartz on behalf of Justin Wayne Kelley. (Attachments: # 1 EXHIBIT 1 # 2 CREDITOR MATRIX) (Swartz, Brant)

*25* – Rule 9007−1(f) Motion to Avoid Lien Innovations Federal Credit Union. filed by Brant Swartz on behalf of Justin Wayne Kelley. Responses due by 08/7/2024. (Swartz, Brant)

---

Each party wishing to be heard must call the phone number below at least 5 minutes prior to the commencement of court.

PHONE: **877−336−1839 Participant Code: 9617616**
CONFERENCE HOST: Bill Livingston

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be broadcast throughout the courtroom. Be sure you mute your telephone until your case is called. Additionally, please do not place the call on hold because many companies use background music while the call is on hold. Remain silent while you wait, and do not address the court until are called upon. Be sure you follow the conference coordinator's instructions.

If you cannot mute your phone:

- Do not shuffle papers or type on keyboard
- Refrain from making unnecessary noise
- Turn off electronics such as televisions and radios that broadcast sound

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated July 24, 2024

                                                       Brian J. Suckman
                                                       Clerk of Court